IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10494
Conference Calendar

_____

WILLIAM STEVE MCGREW,

                                    Plaintiff-Appellant,

versus

CITY OF WICHITA FALLS,
TEXAS; THE WICHITA FALLS
CITY COUNCIL; WF POLICE
DEPARTMENT; WICHITA FALLS COUNTY
COURT,

                                    Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:97-CV-255-X
- - - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     William Steve McGrew, Texas prisoner #374537, is BARRED from proceeding in forma pauperis (IFP) under the Prison Litigation Reform Act (PLRA) because, on at least three prior occasions while incarcerated, McGrew has brought an action or appeal in a United States Court that was dismissed as frivolous or for failure to state a claim.  See McGrew v. Bush, No. 98-10107 (5th Cir. June 16, 1998).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, McGrew's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  See § 1915(g).  The instant appeal is DISMISSED.

McGrew has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

IFP DECERTIFIED; APPEAL DISMISSED.